# United States of America
### United States Patent and Trademark Office

# DAU GIA TREN TRUYEN HINH

**Reg. No. 4,440,695**  
**Registered Nov. 26, 2013**  
**Int. Cl.: 35**

**SERVICE MARK**  
**PRINCIPAL REGISTER**

VBS DISTRIBUTION, INC. (CALIFORNIA CORPORATION)  
16331 GOTHARD ST. SUITE B  
HUNTINGTON BEACH, CA 92647

FOR: AUCTION SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-14-2011; IN COMMERCE 10-7-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TREN TRUYEN HINH", APART FROM THE MARK AS SHOWN.

THE ENGLISH TRANSLATION OF "DAU GIA TREN TRUYEN HINH" IN THE MARK IS "FIGHT PRICE ON TELEVISION".

SN 85-422,919, FILED 9-14-2011.

MEGHAN REINHART, EXAMINING ATTORNEY



*Deborah S. Cohn*  
Commissioner for Trademarks of the  
United States Patent and Trademark Office

**EXHIBIT 1**

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\*
> See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

\*ATTENTION MADRID PROTOCOL REGISTRANTS: The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-921-488**

Effective date of registration:

November 13, 2014

## Title

Title of Work: FIGHT THE PRICE ON TV in Vietnamese: DAU GIA TREN TRUYEN HINH
Contents Titles: DAU GIA TREN TRUYEN HINH

## Completion/Publication

Year of Completion: 2011
Date of 1st Publication: September 5, 2011    Nation of 1st Publication: United States

## Author

- Author: JOSEPH C NGUYEN
  Author Created: text, tv show
  Citizen of: United States    Domiciled in: United States

- Author: TUAN MAI
  Author Created: HOST
  Citizen of: United States
  Year Born: 1947

- Author: TRAM HO
  Author Created: PERFORMER
  Citizen of: United States
  Year Born: 1960

## Copyright claimant

Copyright Claimant: JOSEPH C NGUYEN
16331 Gothard Street, Suite B, Huntington Beach, CA, 92647

Copyright Claimant: VBS DISTRIBUTION, INC.
16331 Gothard Street, Suite B, Huntington Beach, CA, 92647, United States

Transfer Statement: By written agreement

## Rights and Permissions

EXHIBIT 2

Page 1 of

Name: JOSEPH NGUYEN
Email: josephcnguyen@aol.com
Telephone: 714-746-8208
Address: 16331 Gothard Street, Suite B
Huntington Beach, CA 92647

**Certification**

Name: JOSEPH NGUYEN
Date: November 13, 2014

Correspondence: Yes



**EXHIBIT 3**



EXHIBIT 4





**EXHIBIT 5**