

# OsteoWell
thuốc chống rỗng xương (#6)



## Arthro7
Giảm đau nhức xương, thấp khớp (#7)

## OsteoWell
Thuốc chống rỗng xương (#6)

### Những nhân chứng thật



"... tôi bắt đầu uống Arthro7, cách đây 8 năm. Thuốc có công hiệu khác thường cho các ngón tay của tôi. Tôi rất thích khâu và, nhưng tôi khâu rất chậm va chỉ khâu được 30-60 phút mỗi ngày. Giờ, công việc khâu va tôi có thể làm cả ngày, khớp xương của tôi nhỏ lại va tôi phải đi chỉnh lại chiếc nhẫn của tôi về cỡ bình thường." Julia Tamms



"Kết quả lớn nhất tôi đã có được từ Arthro7 là sự hồi phục nhanh hơn. Sự đau nhức, sưng và khó chịu đã được giảm nhiều đáng kể so với khi tôi chưa uống Arthro7. Tôi cũng ít đau nhức, ít khó chịu hơn ở cổ tay va các ngón tay khi sử dụng, sửa chữa hay nâng cấp máy tính. Tôi đã dùng Arthro7 hơn 3 năm mà không hề bị phản ứng phụ gì xấu." Shane Hutchison



Nhiều người bạn và cả bác sỹ phẫu thuật bó gối của tôi nói: "Hãy thử dùng glucosamine chondroitin" và tôi đã thử một thời gian, nhưng thuốc đó không hiệu quả. Thực tế chỉ có Arthro7 có công hiệu tốt nhất. Thật mãn nguyện vì tôi giờ có thể leo đồi núi mà không còn đau chân, kơ còn lo ngại nữa. Tuyệt vời! David Goldblatt



"Trước khi tôi uống Arthro7, mỗi lần chơi golf tôi bị đau nhức khắp người, rất khó chịu. Tôi cảm giác người cứng lại. Tôi không cảm thấy thoải mái khi chơi golf. Sau khi tôi uống Arthro7, tôi đã tìm lại được sự vận động linh hoạt hơn, cứ đánh golf của tôi khá hơn, tôi có thể đi bộ chơi golf mà không có vấn đề gì. Không còn cứng, đau nhức ở chân tay." James Minard



"Sau gần 6 tháng uống thuốc Arthro7, bây giờ xương khớp của tôi đã khá hơn nhiều. Tôi không còn bị sưng khớp nữa. Khi ngủ dậy, tôi không còn bị đau nhức và cảm giác người cứng đơ nữa. Tôi có thể lái xe và xử dụng máy tính hàng ngày mà không còn bất kỳ trở ngại nào!" Amanda Chism



www.nutrivita.com

Store phone #: _____

These statements have not been evaluated by the Food and Drug Administration. These products are not intended to diagnose, treat, cure, or prevent any disease.

## Bước đột phá mới nhất về sức khỏe của xương

Một phương thức hoàn toàn mới giúp duy trì sức khỏe của xương khi bạn lớn tuổi. OsteoWell cung cấp nhiều nguồn canxi và các khoáng chất dinh dưỡng giúp ngừa bệnh rỗng xương, loãng xương hoặc sốp xương. Các thành phần của thuốc bao gồm:

- OsteoGene, chiết xuất Humulus Lupulus được bào chế độc quyền
- Fruitex B, dạng khoáng chất boron tuyệt vời
- Các nguồn dinh dưỡng khác như Vitamin D, Magnesium, Silica và Canxi

### Các công dụng và lợi ích của OsteoWell:

- Cung cấp canxi, giúp chống lại sự mất xương, rỗng xương (theo FDA)
- Hỗ trợ khung xương và phong ngừa xương bị loãng, bị xốp
- 100% từ thảo dược thiên nhiên
- 100% không có chất gây nghiện
- Là hỗn hợp độc quyền gồm các thành phần bổ dưỡng được đặc chế cho những người trên 50 tuổi
- Hỗn hợp độc quyền gồm các nguyên liệu được đặc chế cho những người trên 50 tuổi

## Trên 7 triệu
chai Arthro7
đã được bán tại Mỹ

- ✓ 100% từ dược thảo thiên nhiên
- ✓ 100% không chất kích thích
- ✓ 100% không chứa hải sản

NUTRIVITA™
www.nutrivita.com
Toll Free: 1-888-350-3888

| Số lượng | Đơn giá | Tiết kiệm |
|---|---|---|
| 7 chai | $170.00 | $40.00 |
| 5 chai | $130.00 | $20.00 |
| 3 chai | $80.00 | $10.00 |
| 1 chai | $29.95 | |

Cách dùng:

NUTRIVITA



*"Hơn 10 năm qua, cá nhân tôi đã dùng thuốc Arthro7, và tôi luôn khuyên các bệnh nhân của tôi dùng thuốc này"*

Bác sỹ John Hahn
Chuyên khoa phẫu thuật bàn chân

## Bạn đọc thân mến,

Nếu bạn bị đau nhức xương khớp – và bạn đã mệt mỏi phải dùng thử các sản phẩm chỉ quảng cáo khoác loác mà ít công hiệu thật – thì ngày bạn mong chờ đã đến.

Tôi muốn chia sẻ với các bạn một nghiên cứu cá nhân về sự lựa chọn các sản phẩm thuốc bổ dinh dưỡng từ thiên nhiên. Các thông tin này có thể giúp cải thiện đáng kể sức khỏe xương khớp và trả lại cho bạn một cuộc sống năng động ngày nay.

Tôi là John Hahn, bác sỹ Đông y chuyên nghiên cứu về các phương pháp chữa bệnh tự nhiên và là bác sỹ chuyên khoa phẫu thuật bàn chân được Ban Phẫu thuật chỉnh hình của Hoa Kỳ chứng nhận. Trong suốt 30 năm hành nghề bác sỹ, tôi từng điều trị cho hàng ngàn bệnh nhân. Tôi yêu nghề chữa bệnh hơn bất kỳ thứ gì, tuy nhiên còn một điều nữa tôi muốn các bạn biết về tôi.

Trong những năm qua, tôi đã gây nhiều áp lực cho cơ thể mình. Tôi thích lái xe máy dưới bùn và trượt tuyết cùng gia đình, toàn những môn thể thao gây rủi ro cho xương và khớp. Tôi đã bị đụng xe vài lần khi đi xe máy dưới bùn và bị tổn thương khớp xương ở lưng, cổ và bàn chân.

Hầu hết những người ở độ tuổi của tôi đều từ bỏ những hoạt động rủi ro cao như vậy. Thực tế, một vài người đồng nghiệp của tôi đã có vấn đề về xương khớp – hoặc có các dấu hiệu của bệnh xương khớp – họ đang sống những cuộc sống ngoài lề với sự đau nhức xương khớp. Nhưng tôi vẫn duy trì được một cuộc sống khỏe mạnh và năng động. Xương khớp của tôi rất khỏe, tôi di chuyển thật dễ dàng và hoàn toàn không hề có bất kỳ sự đau nhức nào.

*"Nếu bạn không thể di chuyển linh hoạt, bạn không thực sự sống thoải mái"*

### Các kết quả thử nghiệm của Arthro7®

Dưới sự kiểm chứng của các nhà nghiên cứu tại trường Đại học UCLA, hỗn hợp độc quyền của Arthro7® đã được thử nghiệm thành công, có công hiệu hỗ trợ sức khỏe xương khớp và cải thiện sự vận động thoải mái cho khớp xương. Thuốc được bào chế để cung cấp những dưỡng chất cần thiết cho sụn xương.



## Bạn đang mệt mỏi do xương khớp đau nhức?

Hàng triệu người Mỹ không thể làm được những việc họ muốn như khiêu vũ, bơi lội, hay chơi golf do xương khớp bị đau nhức và mệt mỏi.

## Hãy trở thành một trong hàng trăm ngàn khách hàng đã rất hài lòng với thuốc bổ xương khớp Arthro-7, các công hiệu của thuốc:

✔ Làm giảm đau nhức khớp xương
✔ Bồi bổ, tái tạo sụn và chất nhờn cho khớp xương
✔ Thúc đẩy sự vận động linh hoạt
✔ Chống viêm, sưng và thoái hóa khớp xương



Đau nhức xương khớp có thể là do hậu quả của những vết thương cũ hoặc đơn giản là sụn và xương ở trong khớp mệt mỏi khi tuổi cao dần - Điều này ảnh hưởng lớn tới chất lượng cuộc sống của bạn. Cũng có các nguyên nhân đau nhức xương khớp do thừa cân hoặc cơ thể yếu khiến cho xương khớp không thể vận động dễ dàng và thoải mái.

# Arthro7®



| Số lượng | Số tiền | Tiết kiệm |
|---|---|---|
| 7 chai | $170.00 | $40.00 |
| 5 chai | $130.00 | $20.00 |
| 3 chai | $80.00 | $10.00 |
| 1 chai | $29.95 | |

**Cách dùng:**
Uống 2 lần mỗi ngày, mỗi lần 2 viên sau khi ăn. Uống cách 1 giờ với các loại thuốc điều trị bệnh khác.

Thuốc Arthro7® được bào chế với 7 thành phần đặc biệt. Các chất dinh dưỡng độc đáo đều có trong Arthro7® giúp kích thích sự linh hoạt và tái tạo chất collagen; hỗ trợ các mô kết nối và màng tế bào để làm giảm đau nhức xương khớp một cách tự nhiên và nhanh chóng.

• **Collagen II:** Hỗn hợp dinh dưỡng cho sụn, gân và dây chẳng, tăng cường sự vận động thoải mái cho xương khớp.

• **MSM (methylsofonyImethane):** khoáng chất hữu cơ quan trọng cho tất cả các tế bào trong cơ thể, hỗ trợ các mô kết nối và màng tế bào.

• **CMO (Cetyl myristoleate):** axít béo dưới dạng chất bổ sung cho khớp xương

• **Vitamin C:** Vitamin cần thiết để tái tạo chất collagen, và là chất chống ôxy hóa hỗ trợ sức khỏe xương khớp tổng thể.

• **Curcuma longa (turmeric):** tinh củ nghệ giúp xương khớp hoạt động dễ dàng và linh hoạt.

• **Bromelain:** enzyme phân giải protein bắt nguồn từ thân cây dứa; giúp duy trì chức năng xương khớp khoẻ mạnh.

• **Lipase:** enzyme tiêu hóa bổ trợ các thành phần dinh dưỡng khác.

# TRANSLATION

To: 15035596161

Wednesday, July 6, 2016

From: 17143377784

Ladies and Gentlemen, brothers and sisters, Bich Trâm cordially invite you to call
Viet Sun TV Station -KVLA 56.5 at telephone number 1-800 445 8817, 1 888 883
6365 to purchase diamond at a surprise low price on Wednesday July 06, 2016
from 5pm to 7:00 pm from Star Jewelry Tuyet Trang. You may receive a gift of a
box of Arthro-7 or one facial of Lady Belle Ngoc Nu Medial Spa if you purchase a
piece of jewelry.

Cordially,
Bich Tram .

1-888 883 6365
1-800 445 8817

Or call Bich Tram 714-743- 9999

## - EXHIBIT 6 -

# Drug authority revokes Robinson Pharma's operation license

SEPTEMBER 9, 2011 BY LEAVE A COMMENT

Powered by Google **Translate**

**The Drug Administration of Vietnam under the Ministry of Health September 7 fined the US-invested Robinson Pharma, Inc for providing substandard to consumers.**

The administration has issued a fine of VND80 million (US$3,778) the US pharmaceutical company and revoked the company's operation license. The US-invested company will not be allowed to operate in six months.

The pharmaceutical company was requested to re-export all substandard medicines or destroy them as per the country's regulation.

# EXHIBIT 7

# Cung cấp thuốc kém chất lượng, công ty dược của Mỹ bị rút giấy phép

Ngoài việc bị rút giấy phép hoạt động, Công ty Robinson Pharma, Inc. (Mỹ) phải nộp phạt 80 triệu đồng vì sản xuất thuốc kém chất lượng, trong đó có nhiều lô glucosamin.

. Bị phạt 500 triệu đồng vì nhập thuốc kém chất lượng.

Ngày 7/9, tiến sĩ Trương Quốc Cường, Cục trưởng Quản lý Dược, Bộ Y Tế cho biết vừa có quyết định xử phạt hành chính với công ty Robinson vì vi phạm chất lượng 2 lần mức độ 2 và 1 lần mức độ 3, từ ngày 1/1/2012 đến ngày 27/5/2014. Mức độ 2 là những vi phạm có thể ảnh hưởng tới hiệu quả điều trị và độ an toàn khi sử dụng. Mức độ 3 là vi phạm không ảnh hưởng hoặc ít ảnh hưởng tới hiệu quả điều trị và độ an toàn khi sử dụng.

Những loại kém chất lượng của công ty này bị Cục Quản Lý Dược phát hiện gồm sark sartiligins, số đăng ký VN-10811-10, số lô S3G9109; thuốc triple-strength glucosamin, số đăng ký VN-8477-09, số lô T3G042; glucosamin (lọ 60 viên nang cứng) và glucosamin (6 vỉ x10 viên nang cứng), số đăng ký VN-108-10, số lô T3G038. Trong số này glucosamin là loại thuốc khá phổ biến trong điều trị bệnh viêm khớp.

Hiện, Công ty Robinson bị xử phạt hành chính 80 triệu đồng, tước quyền sử dụng giấy phép hoạt động của doanh nghiệp nước ngoài về thuốc và nguyên liệu làm thuốc tại Việt Nam trong thời gian 6 tháng. Công ty phải phối hợp với các đơn vị có liên quan thực hiện việc tái xuất hoặc hủy bỏ toàn bộ lô thuốc kém chất lượng.

Hai ngày trước, Cục Quản lý Dược cũng xử phạt vi phạm hành chính với Công ty Intas Pharmaceutical Ltd, Ấn Độ vì cung cấp thông tin liên quan đến hồ sơ kỹ thuật của thuốc không đúng với thực tế sản xuất; sản xuất thuốc không đúng địa chỉ ghi trong hồ sơ đăng ký. Công ty bị phạt 70 triệu đồng, rút toàn bộ số đăng ký ra khỏi Danh mục các thuốc được cấp số đăng ký lưu hành tại Việt Nam.

Ngoài ra, Cục cũng ngừng tiếp nhận hồ sơ đăng ký lần đầu, hồ sơ đăng ký lại và không cấp số đăng ký lưu hành thuốc với các hồ sơ đã nộp của công ty này trong thời gian 2 năm; đề xuất rút giấy phép hoạt động của công ty tại Việt Nam.

Bộ Y Tế cho hay thuốc là một mặt hàng đặc biệt, liên quan đến sức khỏe người tiêu dùng. Các thuốc khi đã được cấp số đăng ký lưu hành, cơ quan chức năng sẽ thường xuyên thực hiện công tác hậu kiểm về chất lượng. Tất cả các trường hợp không đạt tiêu chuẩn chất lượng theo hồ sơ đăng ký lưu hành sẽ bị thu hồi, rút số đăng ký lưu hành.

Nam Phương

## PROVIDING SUBSTANDARD DRUGS, THE US PHARMACEUTICAL COMPANY'S LICENSE REVOKED.

In addition to operating license revoked, Robinson Pharma Company, Inc. (US) to pay a fine of 80 million Dong for manufacturing substandard drugs, including a lot of glucosamine.

Fined 500 million for imported  substandard drugs.

On 7/9. Dr. Truong Quoc Cuong, Director of Drug Administration, Department of Health, said there was a decision recently to apply administrative sanctions on Robinson for quality violations:  2 times at level 2 and 1 time at level 3 from 1/1/2012 to 27/5/2014. The level 2 is the violations which may affect the efficacy and safety when used. Level 3 is the violation that does not affect or less affect the efficacy and safety when used.

The substandard drugs of this company that the Drug Administration discovered includes sark sartiligins,  registration number VN-10811-10, batch number S3G9109; triple-strength glucosamine, registration number VN-8477-09, batch number T3G042; glucosamine (60 hard capsules/ a bottle) and glucosamine (6 x10 hard capsule blister), registration number VN-108-10, batch number T3G038. Among these drugs, glucosamine is quite common in the treatment of arthritis.

Currently Robinson gets administrative penalties of 80 million dong, revocation of licenses of a foreign enterprise in medicine and medicinal materials in Vietnam for 6 months The Company must coordinate with relevant agencies to re-export or destroy the entire batches of substandard drugs.

Two days earlier, The Drug Administration imposed administrative penalties to Intas Pharmaceutical Co. Ltd of India for providing information related to the technical information of the drug not matching with the actual production. The address of drug production was incorrect as specified in the registration dossier. The company was fined 70 million dong, withdrawal all registration numbers from the list of drug registration for circulation in Vietnam.

In addition, the Department also stops receiving documents of their first registration, their re-registration and issues no circulation permit for the all registrations submitted by this company for a period of 2 years, proposed to withdraw the license of the company activities in Vietnam.

Ministry of Health said the drug is a special commodity, related to consumer health. With the drugs which have been granted the circulation registration number, authorities will regularly conduct post audits of quality. All cases of substandard to the quality that dossier stated, will be recalled and registration will be withdrawn.


NAM PHUONG

# INDEPENDENT CONTRACTOR AGREEMENT

This Agreement (hereinafter referred to as "Agreement") is entered into this 13th day of August, 2012 by and between VBS TELEVISION ("Company") and TRAM HO ("Consultant").

1- **SCOPE OF SERVICES**: Company desires to enhance its content and improve its financial status. Consultant through her connection, experience and knowledge is capable to assist Company to reach such goals. Therefore, Company decides to employ Consultant for such goals and Consultant, having accepted the employment of Company, will devote her time and best performance to accomplish said goals for Company.

   a) Consultant is being employed as an Independent Contractor to perform work and shall have the right to control the method and means of performing the work.
   b) Following is the scope of services:
   - Generating income for the company by soliciting advertisements, sponsorship for the company.
   - Being producer of a new show called "HUE OI"
   - Being a co-hostess for Tuesday's show called "Dau Gia Tren Truyen Hinh'
   c) Consultant is responsible for the completion of all work accepted either verbally or in writing and has the right to decline any assignment with prompt notification to the Company.
   d) Consultant represents and warrants that she shall obtain all necessary permits and will comply with all codes, laws, rules and regulations related to the performance of services as outlined in this Agreement and shall perform all services using the degree of skill, care and judgment consistent with customarily accepted good business practices and otherwise in accordance with all standards of performance.

2- **TERM:** The term of this Agreement shall be for 2 years beginning on August 13, 2012 and ends on August 12, 2014 unless extended by written notice. This is also an exclusive employment which means while works for VBS Television, Tram Ho will not work for other companies which have same business.

3- **COMPENSATION AND PAYMENT FOR SERVICES:**

   a) Consultant shall receive a fee of $75.00 (Seventy five US dollars) per each show "HUE OI" that she produces and each show "DAU GIA TREN TRUYEN HINH" that she co-host. She also receives 20% commission for each advertisement or sponsor that she brings to VBS. Payment for the shows will be paid on the 15th and the last day of each month. The commission will be paid on the 15th of each month.

# - EXHIBIT 8 -

b) If project requires travel, Consultant shall provide Company with valid receipts for reasonable Airline travel, hotel, car rental, meals and any other direct expense related to this project. Consultant's itinerary and estimated travel expenses will be discussed with Company and Company will have to approve all travel in advance of trip. Travel expenses will be itemized and billed to Company, payable to Consultant within fifteen (15) days of invoice.

## 4- **CONFIDENTIALITY:**

a) Consultant agrees that all information provided by the Company, including but not limited to, customer lists, questionnaires, pricing guidelines, concepts, procedures, explanations, and writings obtained or used by Consultant shall be confidential proprietary information of the Company.

b) Consultant agrees to preserve and protect the confidentiality of the proprietary information both during and after the term of the Agreement.

c) Consultant shall not disclose information about this work to any third party and shall not use proprietary information for his own benefit or the benefit of any third party.

5- **INDEMNIFICATION:** Consultant shall indemnify, defend and hold Company and its respective parent companies, subsidiaries, and affiliates, its and their predecessors, successors and assigns and its and their respective directors, officers, employees and representatives from and against any and all claims, suits, damages, penalties, judgments, demands, liabilities and losses arising out of the performance of services for Company.

## 6- **MISCELLANEOUS:**

a) This Agreement constitutes the whole Agreement between the parties and shall supersede all previous communications, representations, letters, agreements, either oral or written, between the parties with respect to the subject matter hereof. Neither of the parties, in executing or performing the Agreement, is relying upon any statement or information to whomsoever made or given, directly or indirectly, orally or in writing, by any individual or corporation, except as specifically set forth herein.

b) Any modification or amendments to this Agreement and any waiver or any provision hereto shall not be valid unless set forth in writing and signed by an officer of Company and Consultant.

c) This Agreement, including the right under it, may not be assigned or transferred without first obtaining the consent of Company in writing.

d) If any provision of this Agreement is held by a court of competent jurisdiction to be invalid, void, or unenforceable, the remaining provisions

shall nevertheless continue in full force and effect without being impaired or invalidated in any way.

7- **GOVERNING LAW:** This Agreement will be governed by and construed in accordance with the laws of the State of California.

Executed on this date and year set forth above.

**COMPANY**

By

**JOSEPH C. NGUYEN, CEO**
VBS TELEVISION

**CONSULTANT**

By

**TRAM HO**

# EMPLOYMENT AGREEMENT

This Employment Agreement dated August 01, 2013 is between VBS TELEVISION, INC. (hereinafter called VBS), A California corporation, located at 16331 Gothard Street, Suite B Huntington Beach, California, the employer and TRAM HO (hereinafter called TRAM HO), Social Security Number 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, currently lives at 14652 Holt Avenue, Tustin, CA 92780, the employee.

It is mutually agreed that, as a result of employment, VBS and TRAM HO will adhere to the following terms and conditions:

1- **STARTING DATE**: Starting date of employment is August, 01, 2013.

2- **TERM AND CONDITION**: The term of this Employment Agreement is 2 years with the option to renew if agreed by both parties.

3- **JOB DESCRIPTION**: VBS expects TRAM HO to perform her duty as a senior sales person, an anchorwoman and a shows producer. The job description entails as following:

   - Solicitor of sponsorship and advertisements for VBS.
   - Anchorwoman to broadcast news.
   - Producer of "Hue Thuong" show and any future show when needed.

4- **COMPENSATION: TRAM HO** will receive a base salary of $2,000 a month and 20% commission of revenue that she brings to the company that month.

5- **EXCLUSIVE EMPLOYMENT**: TRAM HO's employment at VBS is a full time and exclusive employment. As a result, while being employed by VBS, TRAM HO will not work for any other companies or entities.

# - EXHIBIT 9 -

6- **CONFIDENTIALITY:** TRAM HO agreed not to use any VBS's confidential information regarding business strategy, technology, and customers gained through working at VBS for her own benefit or benefit of anyone else except the one of VBS.

7- **TERMINATION:** The first 6 months of employment is a trial period. If during these 6 months TRAM HO shows a poor performance, such as: not be able to close any business deal after a month or two, or creating division within the company's staff ...VBS reserves the rights to terminate her employment at a short notice.

8- It is mutually agreed that if for any reason TRAM HO decides to leave the company or be released by the company, she agrees to comply to the following:

- Her salary will be terminated on the last day of her employment.
- In the case that TRAM HO decides to quit, she must give a 2-week notice so that VBS can find a replacement.
- Returning all documents and properties of VBS.

1- **NO COURT PROCEEDING**: Any dispute in this Agreement will be solved through arbitration. No court proceeding allowed.

2- This Agreement will be governed by the law of the State of California.

EMPLOYER

VBS TELEVISION, INC.

BY _Churgue_

Date: _8/7/13_

EMPLOYEE

TRAM HO

DATE _8/7/13_



- **Screen-shot of the Show; Thanksgiving Day Special.**
 - **"Phung Diamonds" is the name of the vendor appearing on the show.**



- **Screen-shot of the Infringing Show; Thanksgiving Day Special.**
- **"Gia Bat Dau" English translation is, "Starting Price."**

- **"Gia Re Bat Ngo" English translation is, "at surprise low price."**

- **"Tiem Vang" English translation is, "Jewelry."**
 - **"Kim Cuong" is the name of the vendor. This same vendor appeared numerous times with Tram Ho for VBS Television's show.**

# – EXHIBIT 10 –



- Screen-shot of the Show



- Screen-shot of the Infringing Show



- Screen-shot of the Show.



- Screen-shot of the Infringing Show

# AUCTION COMMISSION LIST

**Auction Date:** Thursday 1/21/2016
**Host:** PHUNG+BICH TRAM
**Jewelry:** PHUNG DIAMOND JEWELRY
**Address:** ▇▇▇ Avenue, ▇▇▇ CA
**Phone** Cell: 714-873-8868

| ID | Customer name | Tel | Item # | Description | CC | CASH | % Commission |
|---|---|---|---|---|---|---|---|
| ▇ | ▇ | 714- | 1 | Pendant (pick up) | | $ - | $ - |
| ▇ | ▇ | 714- | 1 | Pendant | $ ▇ | $ ▇ | $ ▇ |
| ▇ | ▇ | 714- | 6 | Earrings (pick up) | ▇ | ▇ | $ ▇ |
| ▇ | ▇ | 863- | 6 | Earrings | $ ▇ | $ ▇ | $ ▇ |
| ▇ | ▇ | 714- | 10 | Pendant (pick up) | | ▇ | $ ▇ |
| ▇ | ▇ | 903- | 11 | Bracelet | $ ▇ | $ ▇ | $ ▇ |
| ▇ | ▇ | 714- | 13 | Earrings | | ▇ | $ ▇ |
| ▇ | ▇ | 714- | 15 | Earrings (pick up) | | $ ▇ | $ ▇ |
| ▇ | ▇ | 909- | 16 | Pendant (pick up) $ | | $ - | $ - |
| ▇ | ▇ | 714- | 18 | Ring (pick up) $ | | $ - | $ ▇ |
| ▇ | ▇ | 310- | 22 | Ring (pick up) | $ ▇ | $ ▇ | $ ▇ |
| ▇ | ▇ | 905- | 25 | Earrings | ▇ | $ ▇ | $ ▇ |
| | | | | **TOTAL** | $ ▇ | $ ▇ | |

## - EXHIBIT 11 -

# AUCTION COMMISSION LIST

Auction Date: **Tuesday 1/19/2016**

Host: Lam Trieu Vy & Bich Tram

Jewelry ALEKSEI & CO.

Phone: 310-968-0577

| ID | Address | Customer name | Tel | Item # | Description | CC | Cash | % Commission |
|----|---------|---------------|-----|--------|-------------|-----|------|--------------|
| | | | | 12 | Ring | $ | $ | $ |
| | | | | 15 | Ring (pick up) | | $ | $ |
| | | | | 5 | Ring | $ | $ | $ |
| | | | | 8 | Ring (pick up) | | $ | $ |
| | | | | 2 | Pendant | $ | | $ |
| | | | | 1 | Ring (pick up) | | $ | $ |
| | | | | 16 | Ring | $ | | $ |
| | | | | 20 | Ring | $ | | $ |
| | | | | 17 | Ring 1 carat(pick up) | $ | - | $ - |
| | | | | 21 | Men ring | $ | $ | $ |
| | | | | 23 | Pendant 1carat | $ | $ | $ |
| | | | | 24 | Pearl Pendant | $ | $ | $ |
| | | | | 20 | Coctai ring(pick up) | - | - | $ - |
| | | | | 25 | Ring | $ - | | $ - |
| | | | | 27 | Ring | $ | | $ |
| | | | | 28 | Pendant | $ | $ | $ |
| | | | | 28 | Pendant (pick up) | | $ - | $ - |
| | | | | 28 | Pendant (pick up) | | $ - | $ - |
| | | | | 31 | Ring | $ - | $ - | $ - |
| | | | | 33 | GIA Earrings/pick up) | | $ - | $ - |
| | | | | 31 | Ring | $ | $ | $ |
| | | | | 3 | Earrings (pick up) | $ | $ | $ |
| | | TOTAL | | | | $ | $ | $ |



| ID | FIRST NAME | LAST NAME | MI. | PHONE | ADDRESS | CITY | STATE | ZIP CODE |
|----|-----------|-----------|-----|-------|---------|------|-------|----------|
| | | | | | | Westminster | CA | 92683 |
| | | | | | | | FL | 34974 |
| | | | | | | Neaples | FL | 34113 |
| | | | | | | LANGLEY | BC | V2Y3H1 |
| | | | | | | LINCOLN | NB | 68510 |
| | | | | | | RENTON | WA | 98059 |
| | | | | | | NEWBURYPARK | CA | 91320 |
| | | | | | | PUYALLUP | WA | 98373 |
| | | | | | | VANCOUVER | BC | V5R5L9 |
| | | | | | | GUELPH | ON | N1K1X9 |
| | | | | | | CALGARY | AB | T3J4Y6 |
| | | | | | | MISSISSAUGA | ON | L4T3K7 |
| | | | | | | AURORA | CO | 80012 |
| | | | | | | OXNARD | CA | 93033 |
| | | | | | | TORONTO | ON | M6M1C2 |
| | | | | | | ANAHEIM | CA | 92805 |
| | | | | | | OMAHA | NE | 68142 |
| | | | | | | CALGARY | AB | T1Y7B4 |
| | | | | | | FULLERTON | CA | 92831 |
| | | | | | | PRAMTON | ON | L6P2S7 |
| | | | | | | LINCOLN | NE | 68502 |
| | | | | | | EL MONTE | CA | 91731 |
| | | | | | | ARLINGTON | TX | 76010 |
| | | | | | | PHILADELPHIA | PA | 19145 |
| | | | | | | SANTA ANA | CA | 92704 |
| | | | | | | WITCHITA | KS | 67210 |
| | | | | | | ROSEMEAD | CA | 91770 |
| | | | | | | STREETSVILLE | ON | L5N6P3 |
| | | | | | | | | |
| | | | | | | LAFAYETTE | LA | 70508 |

# - EXHIBIT 12 -

# EMPLOYMENT AGREEMENT

This Employment Agreement dated July 15, 2015 is between VBS TELEVISION (hereinafter called VBS), A California Corporation,  located at 16331 Gothard Street, Suite B Huntington Beach, California, the employer and  TRAM HO (hereinafter called BICH TRAM), Social Security Number ▮▮▮▮▮▮▮▮, currently lives  at ▮▮▮▮▮▮▮▮ California ▮▮▮▮, the employee.

It is mutually agreed that, as a result of employment, VBS and BICH TRAM will adhere to the following terms and conditions:

1- **STARTING DATE**: Starting date of employment is August 01, 2015.

2- **TERM OF EMPLOYMENT**: The term of this employment is 1 year with the option to renew if agreed by both parties.

3- **JOB DESCRIPTION**: VBS expect BICH TRAM to perform the following duties:

- Promoter and coordinator of diamond and jewelry auction programs broadcasting on Tuesdays and Thursdays each week.
- Solicitor of advertisements and sponsorship from businesses.
- Anchorwoman for news broadcasting when needed.
- Producer of "Hue Thuong" show.
- Assisting to produce the ads when needed.

4- **COMPENSATION:** BICH TRAM' compensation package will be as following:

- **$2,000** draw salary per month: 50% payable on the 15th of each month and 50% payable on the last day of such month.
- **15%** commission on total net income from diamonds and jewelries auctions that she coordinates on Tuesday and Thursday each week. Net income here means the gross income that she generates through these auction- sessions each month minus $2,000 that she receives in advance for her draw salary. This commission will be paid on the 15th of each month

# - EXHIBIT 13 -