Levin & Dicterow
William E. Levin, SB No. 104,631
williamlevin@hotmail.com
668 N. Coast Highway, Suite 1264
Laguna Beach, CA 92651
949-613-5131

Attorney for Plaintiffs,
VBS Distribution, Inc., and VBS Television, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VBS Distribution, Inc., a California corporation, and VBS Television, Inc., a California corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>Nutrivita Laboratories Inc., a California corporation, Nutrivita, Inc., a California corporation, US Doctors' Clinical, Inc., a California corporation (or dba), Robinson Pharma, Inc., a California corporation, KVLA, Inc., a California corporation, Tuong Nguyen, an individual domiciled in California, Tram Ho, an individual domiciled in California, Jenny Do aka Ngoc Nu, an individual domiciled in California, and Does 1-10 Inclusive,<br><br>    Defendants. | **Civil Case No.**<br>**8:16-cv-01553-CJC-DFMx**_____<br>Hon. Cormac J. Carney<br><br>**PLAINTIFFS' LIST OF EXHIBITS FOR PRELIMINARY INJUNCTION**<br><br>**[Memorandum of Points and Authorities, Declarations of Joseph Nguyen, Madalyn Huynh, Peter Vo, and Hau Thi Tran, and (Proposed) Order filed herewith]**<br><br>**DATE:**   JANUARY 16, 2016<br>**TIME:**   1:30 P.M.<br>**CTRM:**   9B |

| Exhibit No. | Description |
|---|---|
| 1 | Registration Number 4,440,695, registered on November 26, 2013, in the United States Patent and Trademark Office for the mark Fight Price on Television for auction services |
| 2 | The registered copyright for the Show issued by the United States Copyright office, Registration Number PA1-921-488, on November 13, 2014. |
| 3 | One of the Vietnamese dietary supplement Defendants' advertisements for their Artho-7, which appeared in a Vietnamese newspaper, Nguaoi Viet, probably the largest in the country, in 2013. It states example that Defendants' Arthro7 product is: "100% tu duoc thao thien nhien." (symbols omitted). The English translation of those words is as follows: "tu" means "from." "duoc thao equals "medical herbal." "Thien nhien" equals "natural." |
| 4 | Another representative example of the Vietnamese dietary supplement Defendants' promotional materials and advertisements, also showing the packaging , including boxes, for the Arthro7 products. |
| 5 | Another representative example of the Vietnamese dietary supplement Defendants' promotional materials and advertisements, also showing the packaging , including boxes, for the Arthro7 products. |
| 6 | An English translation of a text message sent from Defendant Tram |

| | |
|---|---|
| 7 | Ho (Bich Tram, in the message) to no less than 13 unknown recipients. Advertising the Infringing Show and its products. English translation, and Vietnamese language, document describing the fines and revocation of operating license which were imposed on Defendant Robinson Pharma. |
| 8 | Independent Contractor Agreement between VBS Television and Tram Ho dated August 13, 2012 |
| 9 | Employment Agreement between VBS Television and Tram Ho dated August 1, 2013 |
| 10 | Screen shots of the Show and the Infringing Show, for Thanksgiving Day Special |
| 11 | Auction Commission Lists dated January 21, 2016 for Phung Diamond Jewelry and January 19, 2016 for Aleksei & Co jewelry (redacted customer information) |
| 12 | Representative page from Master Customer List |
| 13 | Agreement between VBS Television and Tram Ho dated July 15, 2015 |
| 14 | Various pages from Tuong Nguyen's previous deposition transcript of September __, 2015 |
| 15 | Information about Tram Ho on Internet and her position with KVLA |
| 16 | Employment agreement between VBS and Madelyn Huynh with any confidential information about her or her employment redacted |
| 17 | |

|   |   |
|---|---|
|   | Respectfully submitted, |
| DATED:   December 11, 2016 |   |
|   | LEVIN AND DICTEROW |
|   | By: <u>/s/ William E. Levin</u><br>William E. Levin<br>Attorney for Plaintiffs,<br>VBS DISTRIBUTION, INC. AND VBS TELEVISION, INC. |