1  Levin & Dicterow
2  William E. Levin, SB No. 104,631
   williamlevin@hotmail.com
3  668 N. Coast Highway, Suite 1264
   Laguna Beach, CA 92651
4  949-613-5131
5
6  Attorney for Plaintiffs,
   VBS Distribution, Inc., and VBS Television, Inc.
7
8
              UNITED STATES DISTRICT COURT
9             CENTRAL DISTRICT OF CALIFORNIA
10
11
   VBS Distribution, Inc., a California      )
12 corporation, and VBS Television, Inc.,    )  **Civil Case No.**
   a California corporation                  )  **8:16-cv-01553-CJC-DFMx**
13                                           )
                                             )  Hon. Cormac J. Carney
14       Plaintiffs,                         )
                                             )
15                                           )  **NOTICE OF ERRATA AND**
        v.                                   )  **CORRECTION TO**
16                                           )  **PLAINTIFFS'**
   Nutrivita Laboratories Inc., a            )  **MEMORANDUM OF POINTS**
17 California corporation, Nutrivita, Inc.,  )  **AND AUTHORITIES IN**
   a California corporation, US Doctors'     )  **SUPPORT OF PRELIMINARY**
18 Clinical, Inc., a California corporation  )  **INJUNCTION**
   (or dba), Robinson Pharma, Inc., a        )
19 California corporation, KVLA, Inc., a     )
   California corporation, Tuong             )  DATE: January 23, 2016
20 Nguyen, an individual domiciled in        )  TIME: 1:30 P.M
   California, Tram Ho, an individual        )  CTRM: 9B
21 domiciled in California, Jenny Do aka     )
   Ngoc Nu, an individual domiciled in       )
22 California, and Does 1-10 Inclusive       )
                                             )
23       Defendants.                         )
                                             )
24
25
26
27
28

              NOTICE OF ERRATA AND CORRECTION
                           1

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

PLEASE TAKE NOTICE that Plaintiffs VBS Distribution, Inc., and VBS Television, Inc. (the "Plaintiffs") hereby provide notice of errata and correction as follows:

On December 19, 2016, Plaintiffs filed their "Memorandum of Points and Authorities In Support of Plaintiffs' Motion for Preliminary Injunction" ("Memo"), Declarations, and Exhibits, and unbeknownst to Plaintiffs' counsel the PDF files were previous versions of the documents. Docket number 35-1, the Memo, was a prior version which contained an incorrect Table of Authorities, minor citation inaccuracies, and a missing date on page 25. Attached hereto as Exhibit A is the corrected Memo.

Docket number 36-2 is supposed to contain Exhibit 16. Corrected Docket number 36-2 which contains Exhibit 16 is attached hereto as Exhibit B.

Docket numbers 35-3 through 35-7, the signature pages for the declarants failed to attach when filed and are attached hereto as Exhibit C, and should have been filed as Docket number 35-8.

Respectfully submitted,

Dated:  December 22, 2016

LEVIN AND DICTEROW

By: /s/ William E. Levin
William E. Levin
Attorneys for Plaintiff,
VBS DISTRIBUTION, INC. AND VBS TELEVISION, INC.

NOTICE OF ERRATA AND CORRECTION