- **EXHIBIT C** -

I, JOSEPH C. NGUYEN, declare under penalty of perjury under the laws of the United States and the State of California, that the foregoing facts are true and correct based on my personal knowledge, except that where indicated to be based on information and belief, and as to those, I believe them to be true and correct.

Dated: December 19, 2016

/s/ Joseph C. Nguyen

Joseph C. Nguyen

I, PETER VO, declare under penalty of perjury under the laws of the United States and the State of California, that the foregoing facts are true and correct based on my personal knowledge, except that where indicated to be based on information and belief, and as to those, I believe them to be true and correct.

Dated: December 19, 2016

/s/ Peter Vo
Peter Vo

customer indicated that she thought Tram Ho was still working for VBS and thought that the VBS and KVLA auction shows were related based on the call from Tram Ho.

20.  I recently answered the VBS phone and a customer was calling to purchase a diamond item sold on the Monday KVLA auction show. The customer saw Tram Ho on that show and thought that it was a VBS show. Since our Show is on Tuesday and Thursday, not Monday, I knew that this was not our Show, and the call was on the next day, Tuesday. I believe because she had our VBS number, and from the conversation, that this lady was previously a VBS customer who was confused due to the similarity between the shows.

21.  I am aware that other employees of VBS have received similar phone calls from customers, but I am not aware of exactly how many such calls have been received.

I, MADALYN HUYNH, declare under penalty of perjury under the laws of the United States and the State of California, that the foregoing facts are true and correct based on my personal knowledge, except that where indicated to be based on information and belief, and as to those, I believe them to be true and correct. This declaration is executed on the date below in Huntington Beach, California.

Dated: December 19, 2016

_____
/s/ Madalyn Huynh
Madalyn Huynh

10. Similar types of call have occurred many times but these are the only ones that I specifically recall from the ones I have received.

I, HAU THI TRAN, declare under penalty of perjury under the laws of the United States and the State of California, that the foregoing facts are true and correct based on my personal knowledge, except that where indicated to be based on information and belief, and as to those, I believe them to be true and correct. This declaration is executed in Huntington Beach, California on the date below.

Dated: December 19, 2016

/s/ Hau Thi Tran

Hau Thi Tran

1   I, THU THI NGUYEN, declare under penalty of perjury under the laws of the
2   United States and the State of California, that the foregoing facts are true and
3   correct based on my personal knowledge, except that where indicated to be based on
4   information and belief, and as to those, I believe them to be true and correct. This
5   declaration is executed at Huntington Beach, California on the date below.

Dated: December 19, 2016

/s/ Thu Thi Nguyen
Thu Thi Nguyen

Decl. of Thu Thi Nguyen In Support of Preliminary Injunction

4