1          UNITED STATES DISTRICT COURT

2      CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

3

4   NUTRIVITA LABORATORIES, INC.,  )
    a California corporation,       )
5                                   )
                  Plaintiff,        )
6                                   )
         vs.                        )   Case No. 8:13-cv-01635-
7                                   )           CJC(DFMx)
    VBS DISTRIBUTION, INC., a       )
8   California corporation, et al.,)
                                    )
9                 Defendants.       )
    _____)

10

11

12

13               CONFIDENTIAL

14    DEPOSITION OF PERSON MOST KNOWLEDGEABLE OF

15           NUTRIVITA LABORATORIES, INC.

16               TUONG NGUYEN

17       VOLUME II, PAGES 7 - 108

18   FRIDAY, SEPTEMBER 25, 2015, 10:13 A.M.

19            IRVINE, CALIFORNIA

20

21

22   Reported by Anne L. Woodhead, CSR No. 9942
              CLS Job No. 47249

23

24       CENTEXTLEGAL.COM - 855.CENTEXT

25
              - EXHIBIT 14 -

7

```
 1              (Discussion held off the record.)

 2              MR. FRIESEN:  We're back on the record.

 3   BY MR. FRIESEN:

 4       Q    Mr. Nguyen, my understanding is that you own

 5   the trademark for Arthro-7; is that correct?

 6       A    Correct.

 7       Q    Do you have any contracts or license agreements

 8   between yourself and Nutrivita relating to those

 9   Arthro-7 trademarks?

10              MR. DO-KHANH:  I'm going to object to the

11   extent it calls for a legal opinion of a contract.

12              MR. FRIESEN:  Well, I can reword.  If he

13   doesn't understand a contract, I mean, I can reword

14   that.  I mean, if he understands, he can answer.

15              MR. DO-KHANH:  He can answer.

16              MR. FRIESEN:  Right.

17              THE WITNESS:  No.

18   BY MR. FRIESEN:

19       Q    Is there a litigation between you and Nutrivita

20   concerning Nutrivita using the Arthro-7 trademark?

21       A    No.

22              MR. FRIESEN:  Let's go off the record for a

23   second.  Let's you and me confer.

24              MR. DO-KHANH:  Sure.

25              (Recess taken.)
```

16

1          MR. DO-KHANH:  Are you talking about an actual

2     laboratory or are you talking about the name Laboratory?

3          MR. FRIESEN:  I can ask that next.  Yeah, if it

4     was an actual laboratory, because --

5          MR. DO-KHANH:  It's Nutrivita Laboratories.

6          MR. FRIESEN:  Right.

7          MR. DO-KHANH:  Are you talking about the name

8     Laboratories or are you talking about an actual lab?

9          MR. FRIESEN:  Oh, okay.  Let me back up a bit.

10    BY MR. FRIESEN:

11       Q     So does Nutrivita Laboratories have an actual

12    lab?

13       A     No.

14       Q     So what is the primary purpose of Nutrivita

15    Laboratories?

16       A     When I opened it, it was like a marketing

17    company.  It's like a brand name.

18       Q     Okay.  So Nutrivita has --

19          MR. FRIESEN:  Well, tell me, Mr. Interpreter,

20    if some of the words I'm using are not easy to

21    translate, because then I can try to rephrase.

22    BY MR. FRIESEN:

23       Q     So it sounds like Nutrivita then outsources the

24    making of any of the products it sells; is that correct?

25       A     No, no.  It was a marketing only, a marketing

19

```
 1   company.
 2           MR. DO-KHANH:  You asked if it outsourced,
 3   right?
 4           MR. FRIESEN:  Yeah.
 5           MR. DO-KHANH:  You asked the question both
 6   ways, does it manufacture or does it outsource.
 7           MR. FRIESEN:  Oh, no, I said -- I'm sorry.  I
 8   said my understanding is that it does not -- okay.  So
 9   it was compound.
10   BY MR. FRIESEN:
11      Q    So Nutrivita, to my understanding from your
12   testimony, does not make any actual products; is that
13   correct?
14      A    That's correct.  No.
15      Q    Does Nutrivita have a company that makes its
16   products for it?
17      A    Correct.  Yes.
18      Q    How many different products does Nutrivita
19   carry -- or carry for sale?  That would be a better way
20   to say it.
21           THE INTERPRETER:  How many what?  I'm sorry.
22           MR. FRIESEN:  Products.
23           THE INTERPRETER:  Counsel, he used the term --
24   the best I can translate, it means several dozens.
25   \\\
```

20

```
 1   BY MR. FRIESEN:

 2        Q     Several dozens?

 3        A     That's correct.

 4        Q     So somewhere between 30 and 50 products?

 5        A     Probably, yes.

 6        Q     What percentage of Nutrivita's overall business

 7   is the Arthro-7 product?

 8        A     I don't remember.  I don't -- I'm not sure.

 9              MR. FRIESEN:  I'm not sure if he's still

10   considering or if I should move to my next question.

11              THE WITNESS:  I don't remember.

12   BY MR. FRIESEN:

13        Q     My understanding is that Nutrivita now has an

14   Arthro-8 product; is that correct?

15        A     I want to clarify something.  Nutrivita Lab --

16   there are two Nutrivita.  One of them is Nutrivita Lab

17   and the other one is Nutrivita.

18        Q     Oh, okay.  Thank you.  All right.

19              So can you please tell me -- do you own both

20   Nutrivita and Nutrivita Labs?

21        A     No.  I am only the owner of Nutrivita Lab.

22        Q     Okay.  So then the comment I made earlier about

23   saying Nutrivita, I will try to refer to Nutrivita Labs

24   so there is no confusion on the record.

25              MR. DO-KHANH:  That's probably a good idea.
```

21

```
 1              THE WITNESS:  Yes.
 2   BY MR. FRIESEN:
 3      Q    Is there any -- and this is broad.  I
 4   understand.  But what is the relationship between
 5   Nutrivita and Nutrivita Labs?
 6      A    No relationship.
 7      Q    So then I'm -- could you please explain then
 8   why you thought it important to mention that there is a
 9   Nutrivita which is a different company than Nutrivita
10   Labs?
11      A    Because I don't want any mixup.  I don't want
12   any misunderstanding.
13      Q    Okay.  Do you know what the company just called
14   Nutrivita does?
15      A    I think it was also about buying and --
16              THE INTERPRETER:  I would like to make
17   correction.  He used the term "muaban," m-u-a-b-a-n.  If
18   I interpret literally, it mean buying and selling, but
19   it could mean business, in the business of making
20   vitamins.  But I have to interpret buying --
21              MR. FRIESEN:  Right.  Okay.
22              THE INTERPRETER:  -- and selling --
23              MR. FRIESEN:  So it's buying and selling.
24   Okay.
25              THE INTERPRETER: -- vitamins, yes.
```

1    BY MR. FRIESEN:

2        Q    Okay.  Does it buy -- is it involved in the

3    nutritional supplement industry as well?

4        A    Correct.  Yes.

5        Q    Does Nutrivita, just Nutrivita, sell any

6    Arthro-7, -8 or products with that name?

7        A    Yes.

8        Q    Do you own any stock in Nutrivita?

9        A    No.

10       Q    Which products that Nutrivita Lab markets are

11   the same as Nutrivita itself marketing?

12            THE INTERPRETER:  I'm sorry, I want to make

13   sure --

14            THE WITNESS:  The product -- both Nutrivita Lab

15   and Nutrivita have almost the same products.  The

16   formulations are similar.

17   BY MR. FRIESEN:

18       Q    Do you know who owns Nutrivita?

19       A    I do know, yes.

20       Q    Okay.  Could you please tell me who owns

21   Nutrivita?

22       A    I think a person named -- I think a corporation

23   own that company, not an individual, yes.

24       Q    Okay.  So what corporation owns it?

25       A    I think -- I think the name of the corporation

23

1   is Lady Belle.

2        Q    Belle, is that B-e-l-l?

3        A    B-e-l-e -- B-e-l-l-e, yes.

4        Q    Okay.  So earlier you testified there was no

5   relationship between Nutrivita and Nutrivita Labs,

6   correct?

7        A    Correct.

8        Q    Okay.  But it sounds like they -- you're saying

9   that they sell almost all the same products, correct?

10       A    That is correct.

11       Q    So do you license Arthro-7 to Nutrivita?

12       A    I did, yes.

13       Q    How many different companies, to your

14   knowledge, sell Arthro-7?

15       A    I think there were several, four or five.

16       Q    So Nutrivita is one of them, correct?

17       A    Correct.

18       Q    Nutrivita Labs is another?

19       A    Correct.

20       Q    What other company names sell Arthro-7?

21            THE INTERPRETER:  I couldn't -- I'm asking him

22   to write it down.

23            MR. FRIESEN:  Okay.

24            THE INTERPRETER:  The interpreter is reading

25   the record from the deponent's handwriting.

24

```
 1    U.S. Doctors' Clinical.

 2            MR. DO-KHANH:  Hold on.  Are you done?

 3    BY MR. FRIESEN:

 4        Q    U.S. Doctors' Clinical.  Is there any other

 5    company, that you are aware, that sells Arthro-7?

 6        A    Yes.  A company -- let me see.  VitaStrong.

 7        Q    Do you recall the name of any other company

 8    that sells Arthro-7?

 9        A    Another company called Arthro-7, Inc.

10        Q    Okay.  Are there any other companies?

11        A    I think there was another one.  The name is

12    GardaVita.

13        Q    Yeah, if you could please spell it.

14            THE INTERPRETER:  The interpreter is reading

15    the record from the deponent's handwriting.  G-a-r-d-a,

16    separate word, V-i-t-a.

17    BY MR. FRIESEN:

18        Q    Are there any other companies?

19        A    I think that was it.

20        Q    Thank you.

21        A    However, GardaVita and VitaStrong are the same

22    company.  GardaVita is not the name of the company.

23    It's just a brand name that belong to VitaStrong.

24        Q    Does -- I'm going to go back and sort of go

25    over each of the companies.  I'm going to ask the same
```

TUONG NGUYEN - CONFIDENTIAL - PMK, VOLUME II          September 25, 2015

```
 1    probably two or three questions for each.

 2         A    Yes.

 3         Q    So you, Mr. Nguyen, permit each of these

 4    companies to sell the Arthro-7 product, correct?

 5         A    Correct.  Yes.

 6         Q    Okay.  And do these companies -- and if they're

 7    different for one or the other companies, please let me

 8    know.  But do these companies pay you directly for the

 9    privilege of selling Arthro-7?

10              MR. DO-KHANH:  Are you talking about a license?

11              MR. FRIESEN:  No, I'm just actually talking

12    about if he gets monetary payment, if it's directly to

13    him or if it's to someone else.

14              MR. DO-KHANH:  Okay.  I don't fully understand

15    that.  But you're saying do the companies pay him, what?

16              MR. FRIESEN:  Money for the privilege of

17    selling the Arthro-7 product.

18              MR. DO-KHANH:  Do you mean like a license or a

19    royalty?

20              MR. FRIESEN:  It could be a license.  It could

21    be a royalty.  I wasn't asking that question.  I'm just

22    asking if there was any payment --

23              MR. DO-KHANH:  If you're talking about

24    income or if you're talking about -- if you could be

25    specific as to a license or a royalty.
```

26

TUONG NGUYEN - CONFIDENTIAL - PMK, VOLUME II          September 25, 2015

```
 1              MR. DO-KHANH:  So if you make that
 2    clarification, that's --
 3              MR. FRIESEN:  Okay.
 4    BY MR. FRIESEN:
 5       Q    So I'm asking -- when I say you individually,
 6    I'm referring to you as the holder of the Arthro-7
 7    trademark.
 8       A    Yes, I am the trademark holder, correct.
 9       Q    Do you get compensation of any sort from these
10    other four to five companies when they use the Arthro-7
11    trademark?
12       A    No.  I authorize them to use the trademark, but
13    I don't -- I did not force them to pay the trademark
14    fees for me.
15       Q    Okay.  So does your company Nutrivita
16    Laboratories get any benefit by these other companies
17    selling the Arthro-7 trademark and product?
18       A    Nutrivita Lab didn't have any authority to
19    authorize anything.  I myself was the one who has that
20    power.  For company which I allow them to sell the
21    product, I myself didn't get the -- those fees.
22       Q    Who -- okay.  Who does get the fees?
23              MR. DO-KHANH:  I'm going to object.  That
24    assumes facts.  I mean, you're assuming there's fees.
25              MR. FRIESEN:  No, he just said that he himself
```

30

TUONG NGUYEN - CONFIDENTIAL - PMK, VOLUME II          September 25, 2015

```
 1   didn't get the fees, so that's why I'm, like, well, if
 2   himself didn't get them, then who did get the fees?
 3            MR. DO-KHANH:  That's assuming there is a fee.
 4            THE WITNESS:  In summary, I did not collect the
 5   fees.  I give them that -- I give them that power, but I
 6   don't -- I do not get those fees.  I don't need those
 7   fees, yes.
 8   BY MR. FRIESEN:
 9       Q    So if I understand, you as an individual allow
10   these other companies, which include U.S. Doctors'
11   Clinical, to use the Arthro-7 trademark for free?
12       A    Free, yes.
13       Q    Why do you allow them to use it for free?
14            MR. DO-KHANH:  I'm going to object.  I mean, he
15   already said that he doesn't require it.
16            MR. FRIESEN:  Well, no, but -- okay.  I think
17   it's a legitimate question, why?  I mean, it's unusual.
18            MR. DO-KHANH:  Actually, it seems to me --
19            THE WITNESS:  I have that power.  I don't have
20   to explain to you the reason why, sir.
21   BY MR. FRIESEN:
22       Q    Well, no, I understand you have the power to do
23   that and it is in your right.  However, people make
24   decisions usually for a reason of some sort, and I have
25   the right to ask you what your reason was.
```

31

```
 1      A    I think that I just gave it away and nobody can

 2   force me, yeah.

 3           MR. DO-KHANH:  And Counsel, in my experience,

 4   there's a lot of royalty/license-free licenses out

 5   there.

 6           MR. FRIESEN:  Let's go off the record for a

 7   second.

 8           MR. DO-KHANH:  Take a bathroom break?

 9           MR. FRIESEN:  Sure.

10           (Recess taken.)

11           MR. FRIESEN:  Let's go back on the record.

12   BY MR. FRIESEN:

13      Q    So what is your relationship with Lady Belle?

14      A    What do you mean -- what do you mean by

15   relationship?

16      Q    Well, it's used in a broad term as to -- a

17   relationship is -- can be everything from a license

18   holder, a stockholder, an officer, director.  You could

19   be friends of the family with the owners of the company.

20   I mean, relationship is very broad.

21      A    In general, I could say that, you know, I

22   have -- I am not a partner there.  I am not running any

23   operation of that company.

24      Q    Who is the president of Lady Belle?

25      A    I do not know.  That's -- you know, that's
```

32

```
 1   BY MR. FRIESEN:
 2        Q    Okay.  So is it your understanding that
 3   Nutrivita is the dba of Lady Belle?
 4        A    Probably.  I think so.  I am not sure
 5   100 percent.
 6        Q    When you wish to --
 7        A    That's not my company, sir.
 8        Q    Okay.  Who is the person you contact at Lady
 9   Belle if you have any questions?
10        A    I contact someone named Cindy.
11        Q    And what is her role at Lady Belle?
12        A    I think she works for Lady Belle.
13        Q    Right.
14             Do you know what her title is?
15        A    I don't remember.  I don't remember.
16        Q    Are you familiar with someone -- a Miss Ngoc
17   Nu?
18             THE INTERPRETER:  How do you spell it?
19             MR. FRIESEN:  It's N-g-o-c, space, N-u.
20             THE WITNESS:  Yes, I do.
21   BY MR. FRIESEN:
22        Q    And do you know what company Miss Nu works for?
23        A    I think she works for Lady Belle company.
24        Q    To your knowledge, does Miss Nu own stock in
25   Lady Belle?
```

34

```
 1        A     I think so, yes.
 2        Q     Do you know what her -- Miss Nu's title is?
 3        A     I am not sure.  I do not.
 4        Q     Does she -- does she run Lady Belle?
 5        A     She was one of the people who runs Lady Belle,
 6   yes.
 7        Q     Do you own any stock in Lady Belle?
 8        A     No.
 9        Q     Does Nutrivita Laboratories own any stock in
10   Lady Belle?
11        A     No.
12        Q     Is Lady Belle, to your knowledge, owned by
13   another company?
14        A     I do not know.
15        Q     When you gave Lady Belle permission to use
16   Arthro-7, did you do so in writing?
17        A     I think, yes, it was.  What do you mean by
18   allowed them to do, for what?  For what purpose?  What
19   do you mean by that?
20        Q     Well, earlier you had testified that you
21   permitted these various companies, Lady Belle being one
22   of them, to use the Arthro-7 trademark for free.
23        A     You are only now mentioning about Arthro-7,
24   right?
25        Q     Yes.
```

35

TUONG NGUYEN - CONFIDENTIAL - PMK, VOLUME II          September 25, 2015

1      A    Correct.

2      Q    Earlier you testified that Nutrivita Labs

3  only -- I should say that they were a marketing company

4  and that one of the products they marketed was Arthro-7,

5  correct?

6      A    Correct.  Yes.

7      Q    Who manufactures the actual product, Arthro-7?

8      A    Producing, who produce, right?

9      Q    Yes.

10     A    Robinson -- a company called Robinson, Robinson

11  Pharma.

12     Q    Does Lady Belle purchase the Arthro-7 product

13  already made from Nutrivita Laboratories?

14     A    No.

15     Q    Do they -- to your knowledge, does Lady Belle

16  buy the Arthro-7 product from Robinson Pharma as well?

17     A    I am not sure, sir.

18     Q    To your knowledge, does anybody other than

19  Robinson Pharma manufacture Arthro-7?

20     A    I do not know.

21     Q    Okay.  So I'm going to ask you -- so then are

22  you saying you are not aware of any other company

23  manufacturing Arthro-7 other than Robinson Pharma?

24     A    There may be other, you know, fake company who

25  produce Arthro product.  I don't know.

```
 1            MR. DO-KHANH:  But we're just talking about
 2    manufacturing.
 3            THE INTERPRETER:  Manufacturing.
 4            MR. DO-KHANH:  Okay?  So when you say "chetao,"
 5    you --
 6            THE INTERPRETER:  Well, I would like to make
 7    correction.
 8            MR. DO-KHANH:  -- I think it confuses the
 9    witness.
10            Would you agree?
11            MR. JOSEPH NGUYEN:  Yes.
12            MR. FRIESEN:  Thank you.
13            THE WITNESS:  To be honest though --
14            MR. JOSEPH NGUYEN:  Can I speak in Vietnamese
15    to explain it?
16            THE INTERPRETER:  No, I have to interpret
17    exactly what I heard.
18            MR. FRIESEN:  Yeah, so --
19            MR. DO-KHANH:  If we can talk off the record.
20            MR. FRIESEN:  Yeah, let's go off the record for
21    a second.
22            (Discussion held off the record.)
23    BY MR. FRIESEN:
24       Q   Are there any other people or companies that
25    can go to a manufacturing company like Robinson Pharma
```

                                                              40

1    and ask them to make the Arthro-7 product?

2        A    I don't know, because if they don't let me

3    know, then I wouldn't know anyway.  I wouldn't know.

4        Q    Okay.  Have you -- do you know of any companies

5    or people that have their own bottles of Arthro-7

6    manufactured?

7        A    Probably, yes, which I do not know.

8        Q    Okay.  So when you say -- I don't understand

9    what you mean by, "Probably, yes."

10       A    Because I do not know -- I did not know anyone

11   who secretly produced it which I don't know.

12       Q    I'm not asking for people who are secretly

13   producing it.  I'm asking if you personally or as

14   president of Nutrivita Laboratories has authorized

15   anyone else, person or company, to go to their own

16   manufacturer and order bottles of Arthro-7 to be

17   produced.

18       A    I do not know about that, but it is not under

19   my control, you know, if they do that, if they go to any

20   other place to order it or manufacture it.  I do not

21   know.

22       Q    Have you provided authorization to have the

23   Arthro-7 product produced to anyone other than Nutrivita

24   Laboratories?

25       A    I don't understand your question, sir.  Can you

```
 1    break it down to make it easier?  Because if they place
 2    orders at this place or another place, I don't know.
 3    You know, for example, if they imitate my product and
 4    place an order at this place or another place, I don't
 5    know.
 6         Q     Nutrivita Laboratories orders its Arthro-7 to
 7    be made by Robinson Pharma, correct?
 8         A     Correct.
 9         Q     Does Lady Belle purchase the Arthro-7 product
10    that it sells from Nutrivita Laboratories?
11         A    Mr. Interpreter, please repeat it.
12              THE INTERPRETER:  Which I am going to do.
13              THE WITNESS:  I don't think they purchase it
14    from Nutrivita Lab.
15    BY MR. FRIESEN:
16         Q     So how does Lady Belle get the physical
17    Arthro-7 product to sell?
18         A     I think Lady Belle purchase it through another
19    company.
20         Q     What company does Lady Belle purchase through?
21         A     Arthro-7, right?
22         Q     Yes.
23         A     From which company, right?
24         Q     Yes.
25         A     I think they purchase from Healthy America.
```

42

1     Q     Who is Healthy America?

2     A     Healthy America is also one of the company

3  which sell Arthro-7.

4     Q     I'm sorry, can you repeat -- Interpreter, could

5  you repeat?

6           THE INTERPRETER:  Yes.  "Healthy America is

7  also one of the company which sell Arthro-7."

8  BY MR. FRIESEN:

9     Q     Okay.  Earlier you did not mention Healthy

10  America as one of the companies that was allowed to sell

11  Arthro-7.

12     A     Because I didn't remember.  Now I remember.

13     Q     Okay.  Where does Healthy America get its

14  Arthro-7 product?

15     A     I think they purchase it from Robinson Pharma.

16     Q     So Healthy America does not -- I'm sorry,

17  strike that.

18           So Healthy America can go directly to Robinson

19  Pharma and purchase Arthro-7?

20     A     Correct.

21     Q     What other companies can go directly to

22  Robinson Pharma and purchase Arthro-7?

23     A     The company which I have just mentioned

24  earlier.

25     Q     So U.S. Doctors' Clinical can order directly

1    from Robinson Pharma?

2         A     Yes.  Correct.

3         Q     And Arthro-7, Inc. can order directly from

4    Robinson Pharma?

5         A     Correct.

6         Q     And VitaStrong can also order directly from

7    Robinson Pharma?

8         A     Correct.

9         Q     Do either you or Nutrivita Laboratories get

10   money from Robinson Pharma when one of these other

11   companies makes an order?

12             MR. DO-KHANH:  Are you talking about sales or

13   are you talking about a license again?

14             MR. FRIESEN:  No, purchase.

15             MR. DO-KHANH:  Purchase?

16             MR. FRIESEN:  When they purchase the product

17   from Robinson Pharma.

18             THE WITNESS:  Me individually?  No, I didn't

19   receive anything.  Nutrivita Lab did not receive any

20   money because we didn't sell it.

21   BY MR. FRIESEN:

22        Q     So why do you and Nutrivita Laboratories allow

23   these other companies such as Healthy America to buy and

24   sell Arthro-7 if you get no benefit?

25        A     Because I was -- because I am the owner --

44

1    BY MR. FRIESEN:

2        Q    Who at Nutrivita Labs would have that

3    information?

4        A    At Nutrivita Lab, I am the only one who have

5    that information, no one else.

6        Q    Are there any other people that work for

7    Nutrivita Laboratories?

8        A    No.

9        Q    Who is your best customer of Arthro-7?

10       A    I don't remember.  I don't remember.

11            MR. FRIESEN:  You know, let's go off the record

12   and take a break for lunch.

13            (Recess taken.)

14            MR. FRIESEN:  Let's go back on the record.

15   BY MR. FRIESEN:

16       Q    There are a few questions I was going to ask

17   earlier on and I got distracted, so I'm going to go back

18   to some foundation questions.

19            What is your educational background?

20       A    I am a civil engineer.

21       Q    And do you have a degree?

22       A    Yes.

23       Q    And is that a Bachelor's of Arts or Bachelor of

24   Science?

25       A    I don't know.  A civil engineer.

50

1     Q     How many years of college did you need to

2   become a civil engineer?

3     A     Four years.

4     Q     Did you practice as a civil engineer?

5     A     Yes.

6     Q     For how long?

7     A     About seven to eight years.

8     Q     We were talking about ownership of the various

9   companies earlier and I want to -- I wasn't clear if you

10  have ever owned any stock in Robinson Pharma.

11    A     No.

12    Q     Do you have any background in computer graphic

13  design?

14    A     No.

15    Q     Were you ever a student of fine art?

16    A     No.

17    Q     In your first amended complaint, actually

18  Paragraph 57 --

19          MR. DO-KHANH:  Are you referring to a document?

20          MR. FRIESEN:  No, I'm just referencing where it

21  is.

22  BY MR. FRIESEN:

23    Q     -- it states that Nutrivita Laboratories is the

24  owner and author of the Arthro-7 artwork.  Is that true?

25    A     I don't remember that document.  I don't know

TUONG NGUYEN - CONFIDENTIAL - PMK, VOLUME II          September 25, 2015

1    how --

2         Q    No, it doesn't matter.  The document's

3    irrelevant.

4              I'm asking is Nutrivita Laboratories the author

5    and owner of the Arthro-7 artwork?

6         A    Please repeat the question.

7         Q    Is Nutrivita Laboratories the author and owner

8    of the Arthro-7 artwork?

9         A    What do you mean by author?  What do you mean

10   by that?

11        Q    It's the word that you used in your

12   complaint --

13             MR. DO-KHANH:  I'm going to object --

14   BY MR. FRIESEN:

15        Q    -- so whatever you choose to mean by it.

16             MR. DO-KHANH:  I'm going to object that it

17   calls for a legal opinion and it's a legal pleading.

18             MR. FRIESEN:  That's fine.

19   BY MR. FRIESEN:

20        Q    You can answer the question.

21        A    I don't understand.  I don't understand what

22   you're talking about, author and owner.

23        Q    Who owns the Arthro-7 artwork?

24        A    I am.

25        Q    You personally?

52

TUONG NGUYEN - CONFIDENTIAL - PMK, VOLUME II          September 25, 2015

```
 1    design it.  I ask him to do it my way.
 2         Q    So you didn't actually design it, you hired
 3    someone to design it for you?
 4         A    Correct.  Yes.
 5         Q    How many different designs has Arthro-7 used
 6    since it started in, I believe, 1998?
 7         A    I don't remember.  I do not remember exactly
 8    how many.
 9         Q    More than one?
10         A    Yes.
11         Q    More than five?
12         A    Probably so, yes.
13         Q    How many designs has the Arthro-7 box had since
14    you've owned the trademark?
15         A    I don't remember.  I cannot remember.
16         Q    Did you use the same designer each time?
17         A    No.
18         Q    Has Nutrivita Laboratories ever had any other
19    employees other than yourself?
20         A    No.
21         Q    Are you familiar with the company Long Life
22    Maxx, Inc.?
23         A    Yes.
24         Q    And how do you know them?
25         A    I am the 100 percent owner of that company.
```

 1   sorry.

 2          THE WITNESS:  That's correct, indeed.

 3   BY MR. FRIESEN:

 4      Q    Why is the Arthro-7 trademark in your name

 5   personally if it was part of the purchase by Long Life

 6   Maxx?

 7      A    Because Long Life Maxx I own -- I am the

 8   100 percent owner of that company and I have a right to

 9   decide and I could buy back that trademark.

10      Q    How much did you pay for the trademark to Long

11   Life Maxx?

12      A    I did pay, but I don't remember how much.

13      Q    In what year did you buy -- sorry, correct

14   that.

15          In what year did Long Life Maxx purchase

16   Perpetual?

17      A    2005.

18      Q    Between 2005 and 2009, did anyone sell

19   Arthro-7?

20      A    Yes.

21      Q    Who?

22      A    At that time, VitaStrong.

23      Q    And VitaStrong is still selling Arthro-7 today,

24   correct?

25      A    Correct.

56

TUONG NGUYEN - CONFIDENTIAL - PMK, VOLUME II          September 25, 2015

1      Q      Is there any agreement, any writing between

2   yourself personally and Long Life Maxx concerning the

3   Arthro-7 trademark?

4      A      I don't remember.

5      Q      Okay.  How can you not remember?  Was there or

6   was there not?

7      A      I don't remember, meaning I don't remember.

8      Q      Okay.  So what I'm asking is you don't remember

9   ever having a contract?

10     A      I think there was an agreement, but I'm not

11  sure.

12     Q      Okay.  The reason I'm asking is in part of the

13  notice to you, you were to produce documents and be

14  prepared to testify concerning any relationship and

15  agreements between Long -- with Long Life Maxx.  So do

16  you have any recollection of there being a contract?

17     A      I am not sure.  I have to go home and check it

18  out.

19            MR. DO-KHANH:  Well, let me put it this way.

20  It would be produced if we have it.

21  BY MR. FRIESEN:

22     Q      How many bottles of Arthro-7 have you sold?

23     A      I don't remember.

24     Q      I'd like an estimate.

25     A      I don't remember.

57

TUONG NGUYEN - CONFIDENTIAL - PMK, VOLUME II          September 25, 2015

1       Q      Well, I'm asking you for an estimate.

2       A      I don't remember.

3       Q      If you do not remember how many bottles were

4  sold, then why do you put that over 8 million bottles

5  have been sold on your packaging?

6       A      Because I do have a computer.  The 8 million

7  figure which I mention included from the -- also from

8  the previous owner -- ownership.

9       Q      Okay.  How many bottles did the previous owner

10 sell?

11      A      I don't remember.

12      Q      Again, you are the person that has been

13 designated to testify on these issues.  You have a legal

14 requirement to have researched and be prepared to answer

15 these questions.

16              Do you understand what I'm saying?

17      A      But I don't remember.

18      Q      Did you look at the deposition notice before

19 coming here today?

20      A      Yes.

21      Q      And did you read through the various questions

22 starting on Page 4 of the notice?

23      A      I did, but I could not be able to understand

24 completely.

25              MR. DO-KHANH:  Counsel, which number are you

```
 1    referring to?
 2           MR. FRIESEN:  No, I just referred to Page 4.
 3    That's where the question started.
 4           MR. DO-KHANH:  No, but is there a question
 5    regarding -- it sounds like you're referring to the
 6    actual notice, right?
 7           MR. FRIESEN:  Uh-huh, and the various questions
 8    because -- well, this is something for off the record to
 9    discuss, if you'd like to go off the record for a sec.
10           MR. DO-KHANH:  Are we --
11           MR. FRIESEN:  Yeah, let's go off the record for
12    a sec.
13           (Recess taken.)
14           MR. FRIESEN:  Let's go back on the record.
15    BY MR. FRIESEN:
16       Q   Mr. Nguyen, how many companies in total do you
17    own?
18       A   I don't remember them all.
19       Q   What is your best estimate?
20       A   From five to six companies, up, down.  They're
21    up and down.  I don't remember.  I don't remember them
22    all.
23       Q   Okay.  Well, it sounds like you own five
24    companies that -- at least five companies that deal just
25    with Arthro-7, correct?
```

TUONG NGUYEN - CONFIDENTIAL - PMK, VOLUME II          September 25, 2015

1      A      Correct.

2      Q      Do you own companies that are in other

3   businesses?

4      A      I don't remember.

5             MR. FRIESEN:  I'm sorry, what?

6             THE INTERPRETER:  "I don't remember."

7   BY MR. FRIESEN:

8      Q      How many hours a week do you work at Nutrivita

9   Laboratories?

10             THE INTERPRETER:  Nutrivita?

11             MR. FRIESEN:  Laboratories.

12             THE WITNESS:  One to two hours.

13   BY MR. FRIESEN:

14      Q      In what year did you last change the Arthro-7

15   box design?

16      A      This year.

17      Q      Do you recall which month this year?

18      A      I don't remember exactly when.

19      Q      Do you remember if it was in the last two

20   months?

21      A      Probably so.

22      Q      When you change the -- sorry, strike that.

23             When you changed the design for the Arthro-7

24   box earlier this year, did you change all of your

25   marketing materials for Arthro-7 to show the new design?

TUONG NGUYEN - CONFIDENTIAL - PMK, VOLUME II          September 25, 2015

1    read, so I want to clarify.

2    BY MR. FRIESEN:

3         Q     Do you own any stock in Lady Belle?

4         A     No.

5         Q     Do you own stock in Healthy America?

6         A     Yes.

7         Q     How much of the stock do you own in Healthy

8    America?

9         A     100 percent.

10        Q     Do you own 100 percent of the stock in

11   VitaStrong?

12        A     Yes.

13        Q     Do you own 100 percent of the stock in U.S.

14   Doctors' Clinical?

15        A     Yes.

16        Q     Do you own 100 percent of the stock in

17   Arthro-7, Inc.?

18        A     Yes.

19        Q     Is there any other company that you recall

20   owning stock in?

21        A     Long Life Maxx.

22        Q     And you own 100 percent of Long Life Maxx?

23        A     Yes.

24        Q     And since we're being thorough, you own

25   100 percent of the stock in Nutrivita Laboratories?

TUONG NGUYEN - CONFIDENTIAL - PMK, VOLUME II          September 25, 2015

```
 1        A     Yes.

 2        Q     Thank you.

 3              Going back to the marketing, does U.S. Doctors'

 4     Clinical do separate marketing?

 5        A     What do you mean separate?

 6        Q     Does it have a company that markets the

 7     Arthro-7 product for it?

 8        A     Yes.

 9        Q     Do you remember the name of that company?

10        A     I don't remember.

11        Q     Do any of the companies that you own

12     100 percent in, any of the six companies that you said

13     market the Arthro-7 product, do any of those do their

14     own marketing, not through a company?

15        A     What do you mean own marketing?  What do you

16     mean by that?

17        Q     Okay.  I mean do they do marketing that is not

18     through a separate company?

19        A     All the companies that I own, I hire an outside

20     company to do it.

21              MR. FRIESEN:  Daniel, without -- and I'm

22     putting this on the record.  So without taking this

23     confidential document and putting it into the deposition

24     transcript, I have just a general question about it, and

25     so I can show it to him.  It's Page 80.  I can show it
```

67

 1   to him.  I don't want to necessarily put it into the

 2   record so it's not an issue, but it's a very general

 3   question.  Basically I want to know if this is only for

 4   the company Nutrivita Laboratories or does this include

 5   the other companies that he owns.

 6            MR. DO-KHANH:  Hold on.  Hold on.

 7            MR. FRIESEN:  I'm keeping it very general.

 8            MR. DO-KHANH:  Okay.  And there's no question

 9   following that --

10            MR. FRIESEN:  No.

11            MR. DO-KHANH:  -- regarding that document?

12            MR. FRIESEN:  Not at this time.  And I'm not

13   going to put it in as an exhibit.  I was just going to

14   show it to him so it refreshes his recollection.

15            MR. DO-KHANH:  Let me let him know that so that

16   he doesn't somehow read into the record what the

17   contents are.

18            MR. FRIESEN:  Sure.  Want to go off the --

19   yeah, we'll go off the record for a second.

20            (Recess taken.)

21            MR. FRIESEN:  Let's go back on the record.  I

22   have a document.  I'm going to refer to it as -- it's

23   Bates stamped Nutrivita 80.  I am not going to mark it

24   as an exhibit.  I am going to show it to the deponent to

25   refresh his recollection.

                                                              68

1   BY MR. FRIESEN:

2       Q    Let me know when you've had a chance to look at

3   it.

4            MR. DO-KHANH:  There's no question other than

5   when you're done looking at it, let him know.

6            MR. FRIESEN:  Exactly.

7            THE WITNESS:  Okay.

8   BY MR. FRIESEN:

9       Q    So my question is, does the information on that

10  page represent only Nutrivita Laboratories or does it

11  include any of these other companies that market

12  Arthro-7?

13      A    Only Nutrivita Lab only, yes.

14      Q    Okay.  Thank you.

15           MR. DO-KHANH:  Thank you, Counsel.

16  BY MR. FRIESEN:

17      Q    When you look at these six companies that you

18  own plus Lady Belle, are there any other -- are there

19  any companies other than those six and Lady Belle that

20  market Arthro-7?

21      A    What do you mean marketing Arthro-7?  What do

22  you mean?

23      Q    Sell the product.

24      A    I have nothing to do with Lady Belle.

25      Q    No, I understand.

69

```
 1    BY MR. FRIESEN:
 2        Q    Is it correct that you have six companies that
 3    you own that sell the Arthro-7 product?
 4        A    Correct.
 5        Q    Is it correct that Lady Belle purchases the
 6    Arthro-7 product from Healthy America?
 7             THE INTERPRETER:  No, no, slow down.
 8             THE WITNESS:  I don't think --
 9             THE INTERPRETER:  Yeah, that's my problem right
10    here.  When he mumbles, it make my job very difficult.
11    I don't care how experienced you are.
12    BY MR. FRIESEN:
13        Q    Okay.  Can you please say what you just said
14    again?
15        A    I think that Nutrivita probably was the dba of
16    Lady Belle or something.
17        Q    Right.  Okay.
18        A    That's why I think that Nutrivita purchase from
19    Healthy America.
20        Q    So there are your six companies and the dba
21    Nutrivita that sell Arthro-7, correct?
22        A    The six companies -- what are you trying to
23    say?  Six companies plus Nutrivita, right?
24        Q    Nutrivita, yeah.
25        A    Yes.
```

71

```
 1              THE INTERPRETER:  No, I -- no, no, he --

 2              MR. DO-KHANH:  No, he didn't say "No."

 3              THE INTERPRETER:  Okay.

 4              MR. DO-KHANH:  You start a lot of -- I think

 5     you're doing a good job.  I'm just saying you're

 6     starting every sentence with the word "No" and it's not

 7     what he said.

 8              THE INTERPRETER:  I don't think so.  Okay.

 9              MR. FRIESEN:  Well, anyway --

10              THE INTERPRETER:  Yeah, location.

11              MR. FRIESEN:  All right.  What was his answer?

12              THE WITNESS:  My answer would be they don't

13     sell only at Nutrivita but they also sell through other

14     companies, including overseas too.  It means that

15     selling not only through the company domestically within

16     USA but also outside too, outside of the country too.

17     BY MR. FRIESEN:

18          Q    Do you believe that Healthy America sells the

19     most Arthro-7 of your six companies?

20          A    I don't think so.

21          Q    Which company do you think sells the most

22     Arthro-7?

23              MR. DO-KHANH:  Are you talking about --

24              MR. FRIESEN:  Of the six.

25              MR. DO-KHANH:  -- right now as we sit here
```

73

```
 1   time?
 2          THE INTERPRETER:  I interpreted that, "How do
 3   you define the set of customers?"
 4   BY MR. FRIESEN:
 5      Q    Okay.  I'll say it differently.
 6          Please describe for me who are the consumers
 7   that purchase Arthro-7.
 8      A    I don't understand your question.
 9      Q    Who buys your product?
10      A    Customers.
11      Q    How would you describe those customers?
12      A    I don't know how to describe them.
13      Q    Okay.  When you market -- sorry, strike that.
14          When you hired or hire the marketing company to
15   promote Arthro-7, what group of potential customers do
16   you ask them to target?
17      A    I don't understand.  Whatever they did, they
18   did, you know.  I didn't ask them.  I just paid them.
19   With the experience they have, they take care of that.
20      Q    Have you ever seen any of the marketing
21   material produced for Nutrivita Laboratories by this
22   company?
23      A    See what?
24      Q    I don't know.  I'm asking you.  What marketing
25   do they do?  What have you seen?
```

84

TUONG NGUYEN - CONFIDENTIAL - PMK, VOLUME II          September 25, 2015

```
 1        A     Your question is too broad.  I don't know how
 2   to answer it.
 3        Q     Have you ever seen anything -- any work that
 4   the marketing company has done for you?
 5        A     Of course.  Of course I have seen it, yes.
 6        Q     What have you seen?
 7        A     I don't know what you are asking me.  What do
 8   you want from me?  You are being general.  Whatever, you
 9   know, we did marketing, I have seen.  There were too
10   many of them.  I don't know which one is which.
11        Q     I want you to give me a description of what
12   marketing materials you remember seeing.
13        A     I don't know about those marketing.  I don't
14   know about those.
15        Q     Have you ever seen a television ad for
16   Arthro-7?
17        A     Yes, I have seen it.
18        Q     What channel did it play on?
19        A     I have seen it on various channels, many
20   different channels.  I don't remember in particular
21   which ones.
22        Q     Was the television ad in a particular language?
23        A     English, Vietnamese.  We advertise on several
24   hundred channel all over the country.
25              MR. DO-KHANH:  Can you read back the
```

85

```
 1    interpretation part?

 2              (The reporter read the record as

 3         follows:

 4              "A   English, Vietnamese.  We

 5         advertise on several hundred channel

 6         all over the country.")

 7         MR. DO-KHANH:  Thank you.

 8         THE REPORTER:  Sure.

 9    BY MR. FRIESEN:

10       Q    Have you ever seen an Arthro-7 advertisement in

11    a magazine?

12       A    Yes.

13       Q    And what language was the magazine?

14       A    English and also Vietnamese.

15       Q    If you think about all the bottles of Arthro-7

16    that have been sold by any of your companies this year,

17    about what percentage were sold to English versus what

18    percentage to Vietnamese?

19       A    I would estimate that only from five to

20    ten percent are for Vietnamese.

21       Q    To your best recollection, do you believe you

22    have sold through all your companies more bottles of

23    Arthro-7 since you've been selling -- since 2005 when

24    you started selling it or was more sold before you

25    purchased it?
```

86

```
 1              MR. DO-KHANH:  All right.  Let's move on.
 2   BY MR. FRIESEN:
 3       Q    What percentage, to your best estimate, of
 4   marketing do you do in California for Arthro-7?
 5       A    About what?
 6       Q    For Arthro-7.
 7       A    You are asking me the percentage of what?
 8       Q    Of marketing.
 9       A    I cannot -- I only know about the entire
10   country, the entire U.S., but not -- I cannot give you
11   answer in California.
12       Q    Okay.  Do you direct your marketing company to
13   focus advertising in particular communities?
14       A    No.  The marketing company just do it.  I
15   didn't direct.
16       Q    Have you ever seen Arthro-7 advertised on a
17   billboard?
18       A    I saw the advertisement at bus stations.
19              MR. DO-KHANH:  Do you define that as a
20   billboard?  Because he did actually say "billboard."
21              MR. FRIESEN:  That's fine.
22              So I specifically used the word "billboard."
23              THE INTERPRETER:  Yeah, billboard.  Yeah, I
24   translate clearly, yes.
25              MR. FRIESEN:  Okay.  So his response -- I
```

90

```
 1    didn't ask about bus stops, but he's answered bus stops.
 2    So can you, you know, translate what I'm saying?  I
 3    didn't ask about bus stops but he's answered that.  So I
 4    just want to clarify if he's seen it advertised on the
 5    billboards.
 6              THE WITNESS:  No, I haven't seen it.
 7    BY MR. FRIESEN:
 8       Q    You've testified that you own a hundred percent
 9    of Nutrivita Laboratories.  Have you issued an actual
10    stock certificate?
11       A    I don't remember.
12       Q    Do you remember if you have a stock certificate
13    in any of your six companies?
14       A    I don't remember.
15       Q    Does Nutrivita Laboratories have a physical
16    office?
17       A    What do you mean a physical office?  What do
18    you mean?
19              MR. DO-KHANH:  No, no, no, no, no.  He said
20    actual.  You said truthful.
21              THE INTERPRETER:  I'm sorry, truthful?
22              MR. DO-KHANH:  He said actual.
23              THE INTERPRETER:  Actual?  I said "thuc su."
24              MR. FRIESEN:  Okay.  So let me --
25              THE INTERPRETER:  No, no, I know what I --
```

91

TUONG NGUYEN - CONFIDENTIAL - PMK, VOLUME II          September 25, 2015

```
 1              MR. FRIESEN:  I'm going to re-ask the question.
 2     BY MR. FRIESEN:
 3         Q    Does Nutrivita have an office that is similar
 4     to the one we're sitting in?
 5         A    I don't think so.
 6         Q    When you do work for Nutrivita, where are you
 7     located?
 8         A    What do you mean located, where located?  What
 9     do you mean?
10         Q    What is the address that you are standing or
11     sitting in when you are doing work for Nutrivita?
12         A    The address is located on Sunflower in
13     Costa Mesa.
14         Q    And what kind of office does Nutrivita have on
15     Sunflower in Costa Mesa?
16         A    Nutrivita doesn't have its own office.  My
17     office location is on Sunflower in Costa Mesa.
18         Q    That's your office?
19         A    Yes.
20         Q    Do you use the same office to run all of your
21     businesses?
22         A    The office where I was working is where I
23     represented different companies, many different
24     companies.
25         Q    Has any customer of Nutrivita Laboratories told
```

92

```
 1        Q     Did they say the boxes looked similar?

 2        A     No, we didn't talk in detail.  We just talk,

 3   you know, in general like that.

 4        Q     So they just said it was a similar product,

 5   correct?

 6        A     Correct.

 7        Q     How did these people know that you sell

 8   Arthro-7?

 9              MR. DO-KHANH:  I'm going to object as it calls

10   for speculation as to how a third party would know

11   something.

12   BY MR. FRIESEN:

13        Q     If you know.

14        A     I think that because, you know, we were

15   acquaintances and they know and I have many businesses

16   over ten years.

17        Q     So these were people that you had met before,

18   correct?

19        A     Correct.

20        Q     Do you remember any of the people that you

21   talked to?

22        A     I don't remember at all.

23        Q     Have you had -- I'm sorry, strike that.

24              Have you filed a lawsuit against any other

25   company for trademark infringement?
```

                                                                95

TUONG NGUYEN - CONFIDENTIAL - PMK, VOLUME II          September 25, 2015

1          A     No, only this company.

2          Q     Have you filed a lawsuit against anyone other

3     than this one for copyright infringement?

4          A     I remember there was another company named --

5     instead of Arthro and they name it Arthre and 1-7.

6                THE INTERPRETER:  Three?

7                THE WITNESS:  Arthre and 7.

8                THE INTERPRETER:  Arthre?

9                THE WITNESS:  Instead of Arthro, they put

10    Arthre and 7.  And this company -- we sued two company.

11    BY MR. FRIESEN:

12         Q     When did you last -- well, strike that.

13               Let the record just reflect I am holding a box

14    of Arthro-7.  It says "U.S. Doctors' Clinical."  And

15    just I wanted to use it to help explain my question.

16               When you filed your trademark for Arthro-7, did

17    you trademark the whole box or did you trademark just

18    the word Arthro-7?

19         A     When I trademark, to the best of my

20    recollection, I did trademark the name Arthro-7 and

21    also -- and the picture as two separate.  Yes, that's

22    what I remember, to the best of my recollection.

23         Q     To the best of your recollection, when did you

24    last file a trademark application for Arthro-7?

25         A     I don't remember.

96

```
 1        Q    Do you remember if you filed more than, I
 2   guess, one trademark for the name and one trademark for
 3   the picture?
 4        A    If I'm not mistaken, it was that way, yes.
 5             MR. DO-KHANH:  He said when.
 6             THE INTERPRETER:  When?
 7             MR. DO-KHANH:  I think you said when, right?
 8             MR. FRIESEN:  Yeah.
 9             THE WITNESS:  I don't remember.
10   BY MR. FRIESEN:
11        Q    Okay.  So have you filed -- do you remember if
12   you filed more than one trademark for the name Arthro-7?
13        A    I don't remember.
14        Q    Do you remember if you filed more than one
15   trademark for the whole box?
16        A    I don't remember.
17             MR. DO-KHANH:  He just asked him if he wanted
18   to sit down.
19             MR. FRIESEN:  Oh.
20             THE INTERPRETER:  Well, I work for the court.
21   I never sit down.  If I sit down, I feel sleepy.
22   BY MR. FRIESEN:
23        Q    Was the store that you say you saw the JN-7
24   Best, the herb store, was it a Vietnamese store?
25        A    I don't remember whether the owner was
```

97

1    Vietnamese or Chinese, but the customers were both

2    Chinese and Vietnamese.

3         Q    And if I recall, you only saw the boxes side by

4    side in that one store; is that correct?

5         A    That is correct.

6              MR. FRIESEN:  Why don't we take a quick break.

7              THE INTERPRETER:  Yes, please.

8         (Recess taken.)

9              MR. FRIESEN:  Let's go back on the record.

10   BY MR. FRIESEN:

11        Q    So Mr. Nguyen, when Nutrivita Laboratories gets

12   an order from a customer, do you process and fulfill

13   that order?

14        A    Please repeat the question.  Would you please

15   repeat?

16             MR. FRIESEN:  Could you?

17             THE INTERPRETER:  Yes.

18             THE WITNESS:  You mean me personally, whether I

19   did it or not?

20   BY MR. FRIESEN:

21        Q    Yes.

22        A    No, I don't need to do myself.  I did not have

23   to do it.  I did have assistant to help with that.

24             MR. FRIESEN:  Okay.  I'm sorry, I'm not sure if

25   he said -- did he say he did or he does?

98

```
 1              THE INTERPRETER:  "I did."

 2              MR. FRIESEN:  No, ask him if it's I did or he

 3     currently has?

 4              THE WITNESS:  Yes, I do have assistant to do

 5     it.

 6     BY MR. FRIESEN:

 7        Q    Okay.  Is your assistant employed by Nutrivita

 8     Laboratories?

 9        A    No.

10        Q    Who is your assistant employed by?

11        A    You are asking me my assistant, who hired him,

12     right?

13        Q    Yes.

14        A    Those -- the people who took care of those

15     service, they were customer service.

16        Q    What company pays your -- okay.  Do you have

17     more than -- sorry, strike that.

18              Do you have more than one assistant?

19        A    Correct, more than one, yes.

20        Q    How many?

21        A    Two.  Those assistants don't work for any

22     particular company.  When an order came in, that

23     assistant go help to process the order.

24        Q    Okay.  What are -- what are your two

25     assistants' names?
```

99

TUONG NGUYEN - CONFIDENTIAL - PMK, VOLUME II          September 25, 2015

```
 1      A     My two assistants, you want to know the names,
 2  right?
 3             THE INTERPRETER:  Counsel, I couldn't
 4  understand.
 5             Please write it down for me.
 6  BY MR. FRIESEN:
 7      Q     If you can please write down their first and
 8  last names.
 9      A     My two assistant, one of them whose name is
10  Elain Pham.
11      Q     How do you spell that?
12             THE INTERPRETER:  Pham or Phan?  I'm sorry.
13             THE WITNESS:  P-h-a-m.
14             THE INTERPRETER:  Elain, E-l-a-i-n.
15             MR. FRIESEN:  And last name was P-h-a-m?
16             THE INTERPRETER:  P-h-a-m, like Mary.
17  BY MR. FRIESEN:
18      Q     Okay.  And the other person?
19      A     The other person is the assistant of my
20  assistant.  This person is not my direct assistant.
21      Q     Okay.  What is the assistant's assistant's
22  name?
23             THE INTERPRETER:  The interpreter is reading
24  from the deponent's handwriting.  Michell Nguyen,
25  M-i-c-h-e-l-l, last name Nguyen, N-g-u-y-e-n.
```

100

TUONG NGUYEN - CONFIDENTIAL - PMK, VOLUME II          September 25, 2015

```
 1   BY MR. FRIESEN:
 2        Q    Who pays Elain Pham?
 3        A    Robinson Pharma.
 4        Q    And who pays Michell Nguyen?
 5        A    Robinson Pharma.
 6        Q    Why does Robinson Pharma pay your assistants?
 7        A    Because I am the CEO and president of Robinson
 8   Pharma.
 9        Q    Do you own any stock in Robinson Pharma?
10        A    At this present time, no.
11        Q    Did you in the past own stock in Robinson
12   Pharma?
13             MR. DO-KHANH:  I'm going to object to the
14   extent this calls for private financial affairs that
15   aren't related to this litigation.
16             MR. FRIESEN:  It also directly contradicts
17   earlier testimony.
18             MR. DO-KHANH:  What?
19             MR. FRIESEN:  I'm sorry, I wrote it exactly
20   down.  Again, I'm not -- he said he never -- he earlier
21   testified he never had any Robinson Pharma ownership,
22   and so now he said not now so it indicates that he did
23   in the past.  And so I want to know if his recollection
24   has perhaps been refreshed.
25             THE WITNESS:  When I say not now meaning maybe
```

101

```
 1   not yet.
 2           MR. DO-KHANH:  I think that's the extent of
 3   that.  I mean, there's no relevancy to the ownership of
 4   Robinson Pharma in this lawsuit.
 5           MR. FRIESEN:  Well, irrespective of whether you
 6   think it's relevant --
 7   BY MR. FRIESEN:
 8      Q     Do you have -- have you ever owned stock in
 9   Robinson Pharma up to this point?
10      A     Up to now, not yet.
11      Q     You say not yet, so do you have stocks,
12   warrants or similar documents that allow you to
13   potentially own stock in the future?
14           MR. DO-KHANH:  I'm going to object.  These are
15   private financial affairs that have no relation to this
16   litigation.
17           MR. FRIESEN:  First of all, he can still answer
18   the question and you can object at trial if it becomes
19   an issue then.  I'm not asking for specifics.  I'm just
20   asking a general question, so that would not fall
21   under --
22           MR. DO-KHANH:  Whether or not he has, you know,
23   I mean --
24           MR. FRIESEN:  Well, he just made a -- I'm
25   asking him to clarify his answer.
```

102