+15035596161, +1510... ▼      MORE

13 recipients

Wednesday, July 6, 2016

17143377874

Lich tram tran Trong Kinh moi
Quy co BAC Anh chi Em goi
vao Dai Viet sun Kylie -50.5
Son nuoc 1800 245 8317
Xo so Mega 650 tham Gia
Mua Hat xoan Gia re bat Ngo
vao Thu tu ngay 6 thang 7
2016 luc 5pm den 7 pm voi
Star Jewelry Tuyet Trang. Co
qua tang neu Quy vi Mua mot
mon Nu Trang se duoc tang
mot hop duoc Thao Chong
dau Nhuc Artho-7 hoac mot
facial cua lady bel Ngoc Nu
medical spa
Lich tram tran Trong Kinh moi
[illegible]
[illegible] 8317
Goi Bich tran [illegible]9999

MMS
2:30 PM

**- EXHIBIT 17 -**

Enter message 😊

Our customer from our database

180512

Yen Tran

███████ ███████████ N.E

Salem, OR. 97305

503-559-6161