LEVIN & DICTEROW
William E. Levin, SBN 104631
Steven M. Dicterow, SBN 89371
668 N. Coast Highway, Suite 1264
Laguna Beach, CA 92651
williamlevin@hotmail.com
sdicterow1121@yahoo.com
(949) 613-5131

Attorneys for Plaintiffs,
VBS Distribution, Inc., and VBS Television, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VBS DISTRIBUTION, INC., *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>NUTRIVITA LABORATORIES, INC., *et al.,*<br><br>Defendants. | **Case No.**<br>**8:16-cv-01553-CJC-DFMx**<br>Hon. Cormac J. Carney<br><br>**ADVANCE NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:       Dec. 4, 2017<br>Time:      1:30 p.m.<br>Location: 9B |

Pursuant to Local Rule 7-16, Plaintiffs VBS Distribution, Inc., and VBS Television, Inc. (collectively "VBS"), hereby give notice of their intent to withdraw, and withdraw, Plaintiffs' Motion for Preliminary Injunction (Dkt. 34; the "Motion") the denial of which (Dkt. 49) was reversed and remanded by the

1

Ninth Circuit Court of Appeals (Dkt. 83). The District Court directed the parties to submit supplemental briefing (Dkt. 90) and scheduled a hearing on the Motion for December 4, 2017, at 1:30 p.m. (*id.*). The Court ordered discovery to close on December 14, 2017, and set the date for a jury trial on March 20, 2018. (Dkt. 65).

    Because the date for trial is fast approaching, and discovery cut-off is mere weeks away, and because Defendants have voluntarily changed their Infringing Show (which was requested in the Motion), VBS withdraws its Motion so that the parties and this Court can focus their time on the remainder of this action.

                                              Respectfully submitted,

Dated:   October 25, 2017

                                              LEVIN AND DICTEROW

                                              By: /s/ William E. Levin
                                              William E. Levin
                                              Attorneys for Plaintiff,
                                              VBS DISTRIBUTION, INC. AND VBS
                                              TELEVISION, INC.