UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VBS DISTRIBUTION, INC., *et al.*,<br>　　Plaintiffs,<br><br>　　v.<br><br>NUTRIVITA LABORATORIES, INC., *et al.*,<br>　　Defendants. | Case No.8:16-cv-01553-CJC-DFMx<br><br>**ORDER EXTENDING JUNE 11, 2018 DEADLINE TO REFILE DEFENDANTS' DISPOSITIVE MOTIONS FOR 30 DAYS OR MORE**<br><br><br>**The Hon. Cormac J. Carney** |

Before the Court is the parties' JOINT STIPULATED REQUEST TO EXTEND THE JUNE 11, 2018 DEADLINE TO REFILE MOTIONS. Having considered the request, the Court GRANTS the parties' request, approves the stipulation, and ORDERS that the deadline be extended thirty (30) days or more, up through and including July 11, 2018.

**IT IS SO ORDERED.**

DATED: June 6, 2018

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT COURT JUDGE