JS-6

FILED
CLERK, U.S. DISTRICT COURT

1/12/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| VBS DISTRIBUTION, INC., and VBS TELEVISION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>NUTRIVITA LABORATORIES, INC., NUTRIVITA, INC., US DOCTORS' CLINICAL, INC., ROBINSON PHARMA, INC., KVLA, INC., TUONG NGUYEN, TRAM HO, and JENNY DO a/k/a NGOC NU,<br><br>Defendants. | Case No.: SACV 16-01553-CJC(DFMx)<br><br><br><br>JUDGMENT |

1
2       This matter came before the Court on Defendants' motion for summary judgment.
3  In accordance with the Court's Order, **IT IS HEREBY ORDERED** that judgment is
   entered in favor of Defendant.
4
5
6      DATED: January 12, 2021
7
8                                             _____
9                                                HON. CORMAC J. CARNEY
10                                              UNITED STATES DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28